UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

IBILOLA O. ABODERIN

    Plaintiff,

V.                                                                                              CIVIL ACTION NO.

TORIN K. ANDREWS

ANDREWS LAW GROUP, LLC

    Defendant.                                                                      MAY 16, 2008

## **COMPLAINT**

### I.  INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Ibilola Aboderin, an individual consumer, against Defendant Torin K. Andrews and Defendant Andrews Law Group, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.  JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.  Venue in

this District is proper in that the defendant transacts business here and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff is a natural person residing in Bethesda, Maryland.

4. Defendant Torin K. Andrews is an attorney licensed to practice law in the State of Maryland.  Defendant Torn K. Andrews and Defendant Andrews Law Group, LLC engage in the business of collecting debts in this State with a principal place of business located at 12800 MIddlebrook Road, Suite 410, Germantown, MD 20874.  The principal purpose of Defendants business is the collection of debts in this State and Defendants regularly attempts to collect debts alleged to be due another.

5.  Both Defendants are engaged in the collection of debts from consumers using the mail and telephone.  Both Defendants regularly attempt to collect consumer debts alleged to be due to another.   Both Defendants are a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).  Defendants are vicariously liable.

## IV. FACTUAL ALLEGATIONS

6. On or about May 17, 2007 Defendant Andrews Law Group sent a collection letter to the Plaintiff attempting to collect an alleged debt owed by the Plaintiff to Democracy Commons Homeowners Association, Inc.  See Exhibit 1.

7.  Defendant Andrews Law Group advised the Plaintiff in the May 17, 2007 collection letter "This is to notify you that a lien has been filed against your property among the Land Records of Montgomery County."

8. Defendant Andrews Law Group did not file a lien, as stated in the collection letter dated May 17, 2007.

9. Defendant Torin K. Andrews in fact filed a lien on the property June 20, 2007. See Exhibit 2.

10. Defendant Andrews Law Group further threatened in the May 17, 2007 collection letter that if full payment or alternative payment arraignments were not made by June 17, 2007, "this case" will be referred to the association's Board for approval to continue legal action.

11. Based on information and belief Defendant Andrews Law Group did not seek approval of the board, following non payment on the June 17, 2007 deadline, making its previous threat, false and deceptive. Defendant Andrews Law Group implies a case already exists using words like "this case " which could confuse the least sophisticated consumer. Claims under Fair Debt Collection Practices Act (FDCPA) are evaluated under a least sophisticated consumer standard. Joseph v. J.J. Mac Intyre Companies, L.L.C., N.D.Cal.2002, 238 F.Supp.2d 1158.

12. Defendant Andrews Law Group, advised in the May 17, 2007 collection letter that if the board authorizes foreclosure a charge of $600.00 will be assessed for preparation of the petition and court filing fees.

13. Defendant Andrews Law Group through its principal Defendant Torin K. Andrews filed a contract claim, on behalf of Democracy Commons Homeowners Association, Inc., in the district court of Maryland to recover the same alleged debt owed by the Plaintiff but now asked for $3,084.40 plus $600.00 in attorney fees.

14. The Defendant Andrews Law Group sent a collection letter to the Plaintiff dated August 22, 2007.  See Exhibit 3.

15. The Defendant Andrews Law Group is collecting the same debt due Democracy Commons Homeowners Association, Inc but now demands $2,471.66 is owed by the Plaintiff.

16. The Defendant Andrews Law Group threatens by collection letter dated August 22, 2007, "amount due within 30days… "  "that if payment in full nor arraignments agreed to,  we will pursue legal remedies against you and your property to recover the amount owed."

17. The Defendant Andrews Law Group threat that it would pursue legal remedies against the property was false,  deceptive and misleading, as no action was ever filed against the property.

18. The Defendant Andrews Law Group statement May 17, 2007 that a $600.00 fee would be charged if a foreclosure action was filed was false.  A foreclosure action was not filed.  An individual contract claim was filed against the Plaintiff.  Attorney Torin K. Andrews claimed $600.00 in additional attorney fees, despite the fact that the Plaintiff had already been charged for filing fees, costs and attorney fees in the principal amount claimed due to Democracy Commons Homeowners Association, Inc.

19. Defendant Andrews Law Group attempts to collect a $15.00 partial payment charge in the demand letter sent May 17, 2007and August 22, 2007.  Defendant refers to this charge as a "collection process fee."    This charge is not expressly authorized by the

agreement creating the debt or permitted by State or Federal Law and therefore violates §1692e(2)(B) and §1692f(1).

20.  As a result of the acts alleged above, Plaintiff has been damaged.

## V.  CLAIM FOR RELIEF

21. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

22. Both Defendants violated the FDCPA.

23. Defendants violations include, but are not limited to the following:

(a) Violation of §1692d.

(b) Violation of §1692e.

(c)  Violation of § 1692f and g.

24. As a result of the foregoing violations of the FDCPA, Defendants are liable to the Plaintiff for declaratory judgment that Defendant Andrews Law Group and/or Attorney Torin K. Andrews's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants for the following:

A. Declaratory judgment that Defendants conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 US. 1692k (3).

E. For such other and further relief as the Court may deem just and proper.

        THE PLAINTIFF

   BY_____
     Bernard T. Kennedy, Esquire
     207 Miles River Court
     Odenton, MD 21113
     Ph   (410) 305-4000
     Fax (410) 305-4005
     Fed. Bar # Md26843
     bernardtkennedy@yahoo.com\