UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| IBILOLA ABODERIN | * |
| Plaintiff | * |
| v. | *    Civil Action No.: 08-CV-01289-RWT |
| TORIN ANDREWS, *et al.* | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

All parties in the captioned case, by undersigned counsel, stipulate and agree that all claims in the captioned case are hereby DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____
Charles Martinez, Esquire, Bar No.: 01079
Terri L. Goldberg, Esquire, Bar No.: 09698
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460
(410) 752-7474
*Attorneys for Defendants*

_____
Bernard T. Kennedy, Esquire
Bernard T. Kennedy & Associates
207 Miles River Court
Odenton, MD 21113
*Attorneys for Plaintiff*

October 30th, 08

J:\82502\PLEAD\STIPDIS.DOC

cmc
10-27-08